**UNITED STATES of America, Plaintiff–Appellee**

v.

**Erick Dewray RUSSELL, also known as Kenyatta Dewray Khalid, Defendant–Appellant.**

**No. 12–1130.**

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 10, 2012.

Filed: Dec. 21, 2012.

James Lackner, U.S. Attorney's Office, St. Paul, MN, for Plaintiff–Appellee.

Reynaldo A. Aligada, Jr., Assistant, Federal Public Defender's Office, Minneapolis, MN, for Defendant–Appellant.

Erick Dewray Russell, Oklahoma City, OK, pro se.

Before WOLLMAN, BYE, and BENTON, Circuit Judges.

PER CURIAM.

Erick Dewray Russell violated the terms of his supervised release. The district court [1] revoked his release and sen-

1. The Honorable David S. Doty, United States District Judge for the District of Minnesota.

tenced him to twelve months and one day in prison. Russell appeals, arguing that the sentence is unreasonable because it is greater than necessary to accomplish the goals of sentencing and does not reflect the mitigating facts he presented. We conclude that the district court did not abuse its discretion in imposing the sentence. *See United States v. Petreikis*, 551 F.3d 822, 824 (8th Cir.2009) (standard of review). Our review of the record satisfies us that the district court gave due consideration to Russell's arguments for mitigation and that Russell otherwise has not overcome the presumption of reasonableness we accord to sentences within the advisory Guidelines range. *See id.* (revocation sentence within the Guidelines range is accorded presumption of substantive reasonableness on appeal). The sentence is affirmed.